**Opinion issued October 1, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00376-CV

———————————

## IN RE AUSTIN INDUSTRIAL, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Austin Industrial, Inc., filed a petition for writ of mandamus on May 3, 2013.[1] The relator subsequently informed this Court that it had settled the dispute and filed an unopposed motion to dismiss the petition on July 3, 2013.

---

[1]    The underlying proceeding is *Austin Industrial, Inc. v. Gossett*, No. 2012-41532 (151st District Court, Harris County, Tex.), the Honorable Mike Engelhart presiding.

Accordingly, we dismiss the petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.